**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

☆   **DEC 0 7 2018**   ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SHUAY'B GREENAWAY, SHARON KNIGHT
& AVERY KNIGHT,

                                        Plaintiffs,

                 -against-

COUNTY OF NASSAU AND NASSAU COUNTY
POLICE OFFICERS SGT. VINCENT PAPA, in his
individual and official capacities, P.O. RONALD SCHMITT,
in his and individual and official capacities, P.O. CLARENCE
HUDSON, in his individual and official capacities, and
P.O. WILLIAM STIO, in his individual and official
capacities, INCORPORATED VILLAGE OF HEMPSTEAD
AND VILLAGE OF HEMPSTEAD POLICE OFFICERS
P.O. FRANE REDO, in his individual and official capacities,
and P.O. WALTER OHR, in his individual and official
capacities,

                                        Defendants.
-------------------------------------------------------------------X

Docket No.: 11-CV-2024
(LDH)(AKT)

**STIPULATION OF
DISCONTINUANCE**

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the

attorneys of record for the parties to the above entitled action, that whereas no party hereto is an infant or

incompetent person for whom a committee has been appointed and no person not a party has an interest in

the subject matter of the action, the above entitled action is hereby discontinued, with prejudice as against

the Defendants Incorporated Village of Hempstead, Village of Hempstead Police Officer Frane Reado

and Village of Hempstead Police Officer Walter Ohr, and without costs to either party as against the

other. This stipulation can be executed in counterparts and when taken as a whole, shall constitute a fully

executed stipulation. Facsimile and electronic signatures shall be deemed original signatures. This

stipulation may be filed without further notice with the Clerk of the Court.

Dated:  November 30th, 2018

Law Office of Frederick K. Brewington
*Attorneys for Plaintiffs*
556 Peninsula Boulevard
Hempstead, New York 11550
Tel.: (516) 489-6959

HARRIS BEACH PLLC
By: William J. Garry, Esq.
*Attorneys for Defendants Incorporated*
*Village of Hempstead and Village of*
*Hempstead Police Officers Frane Reado*
*And Walter Ohr*
333 Earle Ovington Boulevard, Suite 901
Uniondale, New York 11553
Tel.: (516) 880-8484

So Ordered

s/ LDH                                    12/6/18
LaShann DeArcy Hall
United States District Judge