| | | |
|---|---|---|
| **LAURA CURRAN**<br>County Executive |  | **JARED A. KASSCHAU**<br>County Attorney<br><br>**RALPH J. REISSMAN**<br>Deputy County Attorney |

**OFFICE OF THE NASSAU COUNTY ATTORNEY**
One West Street - Mineola, New York 11501
PHONE: (516) 571-3046  FAX: (516) 571-3058

January 16, 2019

<u>Via ECF</u>
Hon. A. Kathleen Tomlinson
United States District Court
100 Federal Plaza
Central Islip, NY 11722

      Re:    Shuayb Greenaway v. County of Nassau et al.
              <u>11-CV-02024 (LDH)(AKT)</u>

Dear Magistrate Judge Tomlinson:

    This office represents defendants County of Nassau and Nassau County Police Sergeant Vincent Papa, Nassau County Police Officer Clarence Hudson, Nassau County Police Officer William Stio and Nassau County Police Officer Ronald Schmitt (the "County Defendants") in the above-referenced action.

    I write this letter at the direction of the Court to inform the Court that on January 15, 2019 the County Defendants made full and final payment to plaintiff's counsel of all outstanding amounts in final settlement of this action. Accordingly, the action is closed.

    As always, the County Defendants thank Your Honor for your attention in in this matter.

                                                                     Respectfully submitted,

                                                                     /s/  Ralph J. Reissman
                                                                     RALPH J. REISSMAN
                                                                     Deputy County Attorney

cc: (via ECF):  All Counsel of Record